■ CAROLYN SHEBAR, Appellant, v LEWIS SHEBAR, Respondent.—In a matrimonial action, the plaintiff appeals from an order of the Supreme Court, Nassau County (Diamond, J.), entered June 12, 1987, which denied her motion to modify a judgment of divorce.

Ordered that the order is affirmed, without costs or dis-

bursements, for reasons stated by Justice Diamond in his memorandum decision and order. at the Supreme Court. Thompson, J. P., Rubin, Spatt and Balletta, JJ., concur.